IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:13CR317 |
| vs. | ) | |
| | ) | ORDER |
| OTTO R. ROWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the government's unopposed motion to continue trial [51]. The government requires additional time to allow other defendants to enter their change of plea as well as the unavailability of the case agent. The defendant has requested an April trial date. For that reason, the defendant shall file a waiver of speedy trial. The court finds good cause being shown and the trial will be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for February 11, 2014 is continued to **April 8, 2014.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 8, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED February 6, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**